**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02170-BNB

DAVID HOVER,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor, Colorado,
TONY CAROCHI, Deputy Director of Prisons, C.D.O.C.,
C.C.A. DBA Bent County Corr. Fac., (Warden Sloan),
AMICK 7 JENKS INC. (Jeffrey Jenks),
WESTERN CLINICAL SERVICES (C.E.O.),
C/O TUPPER, in his personal capacity,
UNKNOWN, C/O JOHN DOE, in his personal capacity, and
UNKNOWN CONTRACTORS/SUBCONTRACTORS of C.C.A./D.O.C.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 14, 2011, Plaintiff filed a Motion to Set Aside Judgement of Dismissal (Doc. No. 20).  The motion is DENIED as moot.  An Order Vacating the Dismissal was filed on November 7, 2011, and the case has been reopened.

Dated:  November 16, 2011